# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WADE BRADLEY,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE PARKER et al.,<br><br>Defendants. | 2:18-CV-12202-TGB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT** |

This matter is before the Court on Magistrate Judge Stephanie Dawkins Davis's July 19, 2019 Report and Recommendation (ECF No. 17) recommending dismissal of Plaintiff's Complaint with prejudice as to defendants Parker and State Farm, and without prejudice as to defendant Lull.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the

record. *See Thomas v. Arn,* 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of July 19, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Davis's Report and Recommendation of July 19, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that claims against Defendants Parker and State Farm are **DISMISSED WITH PREJUDICE** and claims against Defendant Lull are **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Dated: August 19, 2019      s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on August 19, 2019.

                                        s/A. Chubb
                                        Case Manager